DEVIN DERHAM-BURK #104353
CHAPTER 13 STANDING TRUSTEE
P O BOX 50013
SAN JOSE, CA 95150-0013

Telephone: (408) 354-4413
Facsimile: (408) 354-5513

Trustee for Debtors

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

In Re: ) Chapter 13
)
VICTOR MANUEL HERNANDEZ ) Case No. 09-51342 CN
)
JULISSA SANCHEZ HERNANDEZ ) **NOTICE OF UNCLAIMED DIVIDEND**
)
Debtors )
)

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant to Federal Rule of Bankruptcy Procedure 3011, the Trustee in the above referenced case hereby turns over to the Court, Check # 2489554 for an unclaimed dividend in the amount of $4.35. The name and address of the claimant entitled to the unclaimed dividend is as follows;

VICTOR MANUEL HERNANDEZ
JULISSA SANCHEZ HERNANDEZ
783 JOSEPHINE DR
SALINAS, CA 93905

Dated: May 03, 2011

_____
DEVIN DERHAM-BURK, TRUSTEE

Case: 09-51342   Doc# 42   Filed: 05/05/11   Entered: 05/09/11 15:30:33   Page 1 of 1